KAZEROUNI LAW GROUP, APC
David J. McGlothlin (253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

KAZEROUNI LAW GROUP, APC
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
KEEYA JOINER

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEYA JOINER, | Case No.: 5:24-CV-01425-KK-DTBx |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| AXCESS FINANCIAL SERVICES INC. d/b/a XACT COLLECTIONS, | **HON. KENLY KIYA KATO** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff KEEYA JOINER ("Plaintiff") and Defendant AXCESS FINANCIAL SERVICES, INC. d/b/a XACT COLLECTIONS ("Axcess") (together, the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss Axcess with prejudice within sixty (60) days.

Plaintiff respectfully requests that any pending date and deadline with regard to Axcess be vacated and that the Court set a deadline on or after **October 29, 2024** for the Parties to dismiss Plaintiff's claims against Axcess.

Dated: August 30, 2024         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Pamela Prescott, Esq.
    Pamela E. Prescott, Esq.
    *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Axcess Financial Services, Inc. D/B/A Xact Collections* has been filed on August 30, 2024 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

/s/ Pamela Prescott, Esq.
Pamela E. Prescott, Esq.