1  **KAZEROUNI LAW GROUP, APC**
2  David J. McGlothlin (253265)
   david@kazlg.com
3  301 E. Bethany Home Road, Suite C-195
4  Phoenix, Arizona 85012
   Telephone: (800) 400-6808
5  Facsimile: (800) 520-5523

6  **KAZEROUNI LAW GROUP, APC**
7  Pamela E. Prescott, Esq. (328243)
   pamela@kazlg.com
8  245 Fischer Avenue, Unit D1
9  Costa Mesa, CA 92626
   Telephone: (800) 400-6808
10 Facsimile: (800) 520-5523

11
12 *Attorneys for Plaintiff,*
   Keeya Joiner
13

14
                    **UNITED STATES DISTRICT COURT**
15                  **CENTRAL DISTRICT OF CALIFORNIA**
16

| 17 KEEYA JOINER, | Case No.: 5:24-cv-01425-KK-DTB |
|---|---|
| 18  Plaintiff, | **JOINT STIPULATION TO DISMISS DEFENDANT AXCESS FINANCIAL SERVICES INC. d/b/a XACT COLLECTIONS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(ii)** |
| 19  v. | |
| 20 AXCESS FINANCIAL SERVICES INC. d/b/a XACT COLLECTIONS, | |
| 21 | |
| 22 | |
| 23 Defendants. | **HON. KENLY KIYA KATO** |

- 1 -
STIPULATION TO DISMISS DEFENDANT AXCESS FINANCIAL SERVICES INC WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)

Plaintiff Keeya Joiner ("Plaintiff") and Defendant Axcess Financial Services Inc. d/b/a Xact Collections ("Axcess"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal of Axcess pursuant to Rule 41(A)(1)(A)(ii) of the Federal Rule of Civil Procedure. Plaintiff and Axcess hereby jointly move to dismiss Axcess *with prejudice* with each party to bear its own costs and attorneys' fees.

Dated: October 21, 2024        Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Pamela Prescott, Esq.*
    Pamela E. Prescott, Esq.
    *Attorneys for Plaintiff*

Dated: October 21, 2024        Respectfully submitted,

**FENNEMORE DOWLING AARON**

By: */s/ J. Jackson Waste, Esq.*
    J. Jackson Waste, Esq.
    Jaskaran S. Gill, Esq.
    *Attorneys for Defendant*

## SIGNATURE CERTIFICATE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual and Local Rule 5-4.3.4(A)(2)(I), I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: October 21, 2024

**KAZEROUNI LAW GROUP, APC**

By: */s/ Pamela Prescott, Esq.*
    Pamela E. Prescott, Esq.
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss Defendant Axcess Financial Services Inc. d/b/a Xact Collections pursuant to Fed. R. Civ. P. 41 (A)(1)(A)(ii)* has been filed on October 21, 2024 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

/s/ *Pamela Prescott, Esq.*
Pamela E. Prescott, Esq.